IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NICHOLAS F. BREWER, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: C-1-01-657 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| BUTLER CO. DEPT. OF BUILDING : | |
| & ZONING, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Jack Sherman, Jr.. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 3, 2002 Report and Recommendations (Doc. 23). Subsequently, the plaintiff filed objections to such Report and Recommendations.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

IT IS ORDERED AND ADJUDGED that defendants' motion for summary judgment is hereby GRANTED and judgment shall be entered in favor of the defendants.

IT IS SO ORDERED.

___s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge