IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NICHOLAS F. BREWER, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: C-1-01-657 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| BUTLER CO. DEPT. OF BUILDING : | |
| & ZONING, et al, : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that defendants' motion for summary judgment is hereby GRANTED and judgment shall be entered in favor of the defendants.

9/15/03                                                                                              Kenneth Murphy, Clerk

                                                                                                              s/Stephen Snyder
                                                                                                              Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.